

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00670-CV

Desiree Shvonne **MARSHALL**,
Appellant

v.

Bonnie **MULLER**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-20521
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against the party incurring same.

SIGNED February 28, 2018.

_____
Rebeca C. Martinez, Justice